TIMOTHY MCCARTHY, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued December 19, 1878; decided January 21, 1879.)

THIS was an action to recover damages for injuries alleged to have been received at a highway crossing, and to have been occasioned by defendant's negligence.

The sole question presented on appeal was whether the place, where the accident happened, had become a public highway by dedication or prescription. *Held,* that whether it was so or not was a question of fact, and that the evidence was sufficient to authorize the jury to find that it was a public highway.

*A. P. Laning* for appellant.

*Francis H Wood* for respondent.

*Per Curiam* mem. for affirmance.
All concur, except RAPALLO, J., absent.
Judgment affirmed.